AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| SHERRY A. WILEY, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | CIVIL NO. 19-00195 JMS-WRP |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| KYNA VEA, et al., | April 3, 2020 |
| Defendants. | At 11 o'clock and 35 min a.m.<br>SUE BEITIA, CLERK |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

　　　　IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice, pursuant to the "Order Dismissing Case," filed April 3, 2020, ECF 14.

| April 3, 2020 | | SUE BEITIA |
|---|---|---|
| Date | | Clerk |
| | | /s/ Sue Beitia by J.O. |
| | | (By) Deputy Clerk |